ANDREW H. MEISEL, SBN 107615
DONALD E. KRENTSA, SBN 175559
K. DOUGLAS ATKINSON, SBN 264790
LAW OFFICES OF MEISEL & KRENTSA
350 Sansome Street, Suite 600
San Francisco, CA 94104-1311
Telephone: (415) 788-2035
Facsimile:  (415) 398-4366

Attorneys for Plaintiff
ROBERT SELHORST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SELHORST,<br><br>Plaintiff,<br><br>v.<br><br>ALWARD FISHERIES, LLC, MATTHEW ALWARD, individually and doing business as ALWARD FISHERIES LLC, and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. CV 11-03266 EMC<br><br>**STIPULATION OF COUNSEL REGARDING CONTINUANCE OF HEARING DATE AND MODIFIED BRIEFING SCHEDULE RELATED TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by the parties in the action that the defendant's Motion to Dismiss For Lack of Jurisdiction, filed on August 4, 2011, and setting the hearing for the Motion to Dismiss for September 23, 2011, be continued to September 30, 2011, at 1:30 p.m. in Courtroom 5, 17th Floor, San Francisco, California, before the Honorable Edward M. Chen.

THE PARTIES FURTHER STIPULATE AND AGREE TO THE FOLLOWING CHANGES IN THE BRIEFING SCHEDULE:

1) The plaintiff's Opposition to Motion to Dismiss, formerly due August 18, 2011, is now due August 26, 2011.

2) Defendant's Reply to the Opposition, formerly due August 25, 2011, is now due September 6, 2011.

3) This Stipulation is made on the grounds that good cause for the continuance of the hearing and briefing schedule exist in that the lead attorney for the plaintiff has pre-existing vacation plans that conflict with the current briefing schedule requiring that the Opposition be filed on or before August 18, 2011, as more fully set forth in the declaration filed herewith.

This Stipulation may be signed via e-mail and in counterpart.

DATED: 8/8, 2011          LAW OFFICES OF MEISEL & KRENTSA

By: _____
Andrew H. Meisel, Attorney for Plaintiff

DATED: 8/8, 2011          LEGROS BUCHANAN & PAUL

By: _____
Kathryn P. Fletcher
Attorney for Defendant

# DECLARATION OF COUNSEL IN SUPPORT OF CONTINUANCE OF HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND MODIFICATION OF BRIEFING SCHEDULE

I, Andrew H. Meisel, declare:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and the District Court, Northern District of California, and am a partner with the Law Offices of Meisel & Krentsa, attorney of record for plaintiff herein. I have personal knowledge of the facts set forth herein and, if called as a witness, I would be willing and able to testify competently as to those facts.

LAW OFFICES OF
MEISEL &
KRENTSA

A2879 stip cnsl 080811

-2-

STIPULATION OF COUNSEL REGARDING CONTINUANCE OF HEARING DATE
USDC CASE NO. CV 11-03266 EMC

2. Defendant's Motion to Dismiss was filed with the Court on August 4, 2011, and set the date by which plaintiff's opposition must be filed on August 18, 2011. The briefing schedule interferes with previously made vacation plans by declarant, therefore, declarant requested defendant to stipulate to a one-week continuance of the hearing date so that the briefing schedule could be modified to allow for a continuance of the filing date for the opposition to August 26, 2011, and a continuance of the filing date for the reply to September 6, 2011.

3. All briefing would be completed by September 6, 2011, which is 24 days prior to the proposed new hearing date of September 30, 2011.

4. There have been no previous time modifications in the case, by stipulation or court order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on ___8/8___, in San Francisco, California.

LAW OFFICES OF MEISEL & KRENTSA

By: _____
Andrew H. Meisel, Attorney at Law

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __8/8__, 2011

HON. _____
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
Judge Edward M. Chen